UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN CLARK,

    Petitioner,

    v.

ALICE PAYNE

    Respondent.

Case No. C06-5015RJB

ORDER

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 8). Petitioner originally named the State of Washington and Clark County as respondents. (Dkt. # 8). On March 2nd, 2006 the court entered an order to amend and to show cause as the action appears time barred. (Dkt. # 9). The order gave petitioner until April 7th, 2006 to comply.

    On March 8th, 2006 the petitioner filed a motion asking for leave to amend. (Dkt. # 10 and 11). To the extent that the motion identifies the proper respondent as Alice Payne the motion is **GRANTED.**

    **The clerk is directed to change the case caption to reflect Alice Payne as the**

ORDER

1 | **respondent**.

2 |     To the extent that the motion asks for review of this case under state law, state rules
3 | of criminal procedure, and state rules of appellate procedure, the motion is **DENIED.** This case has
4 | been filed in federal court and the federal rules of procedure and federal law regarding habeas corpus
5 | apply. The court extends the deadline for a response on the order to show cause until **April 28th,**
6 | **2006.** In particular petitioner is directed to inform the court when he first filed for review in state
7 | court. (Dkt. # 9).

8 |     The clerk is ordered to send copies of this order to the petitioner.

10 |     DATED this 3rd day of April, 2006.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

28 | ORDER