UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN CLARK,

    Plaintiff,

v.

ALICE PAYNE,

    Defendants.

Case No. C06-5015 RJB/KLS

ORDER

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the court is plaintiff's motion for appointment of counsel. (Dkt. # 21). The Court, having reviewed plaintiff's motion for appointment of counsel does hereby find and ORDER:

    (1) There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

    Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*. Moreover, it

ORDER - 1

appears that this case does not involve exceptional circumstances which warrant appointment of counsel. Accordingly, plaintiff's motion to appoint counsel is **DENIED**.

    (2)  The Clerk is directed to send copies of this Order to plaintiff.

DATED this  18th  day of July, 2006.

                                               Karen L. Strombom
                                               United States Magistrate Judge

ORDER - 2